UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:16-CV-35 |
| ALAN C. LEE, | ) | |
| Defendant. | ) | |

## **O R D E R**

This civil action is before the Court on the Report and Recommendation filed by United States Magistrate Judge Clifton L. Corker [doc. 19]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the record and the pleadings, the Court is in complete agreement with the Magistrate Judge's recommendation that the United States' requests for default judgment should be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). It is **ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the United States' Motions for Default Judgment [doc. 9 & doc. 15] are **GRANTED.**

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge