UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:16-CV-35 |
| | ) | |
| vs. | ) | |
| | ) | |
| ALAN C. LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

The United States filed a Motion for Order of Installment Plan [Doc. 22] alleging that Defendant has failed to satisfy the judgment entered against him by this Court or even to begin to make payments to the United States. The United States requests that this Court enter an installment plan requiring Defendant to pay $2,000.00 per month until his debt to the United States is paid in full.

The United States avers that Defendant receives substantial nonexempt disposable earnings from self-employment that are not subject to garnishment. [Doc. 25 pg. 2]. After the judgment against Defendant was entered, and Defendant and Plaintiff spoke to coordinate information requests and payment terms, Defendant filed for Chapter 7 bankruptcy and received a discharge on August 1, 2018. [Doc. 25, pg. 2]; however, the discharge did not apply to Defendant's 2009 and 2010 tax years because Defendant failed to file his required tax returns for those years. [Doc. 25, pg. 2].

Defendant, by his own admission, can afford to make payments of $3,250.00 per month in income tax payments. [Doc. 22 Ex. 1 pg. 54-55]. The United States is only requesting monthly

payments of $2,000.00 per month, which the Court finds does not place an undue burden on Defendant. In the bankruptcy petition, Defendant admitted to receiving $7,500.00 in monthly net income in April 2018, after taking into account the expenses relating to his law practice. [Doc 22 Ex. 1 pg. 52]. Defendant has not notified the Court of any change in employment status or earnings to suggest that the requested monthly payment amount is excessive or burdensome. Defendant has also failed to respond to Plaintiff's motion.

The judgment against Defendant was entered by the Court on June 22, 2017 [Doc. 20]. From that date until the filing of this motion on August 21, 2019, Defendant has not made any payments to the United States to satisfy the judgment order. [Doc. 22, pg. 4]. Because Defendant has displayed an unwillingness to make voluntary payments on his judgment, and his income is mostly derived from self-employment that is not readily subject to garnishment, this Court **RECOMMENDS** that Plaintiff's motion be **GRANTED** and an installment plan be entered by this Court requiring Defendant to make monthly installment payments of $2,000.00 to the Department of Justice towards the judgment liability in this manner. This Court also **RECOMMENDS** that Defendant be required to take the steps necessary to make these installment plans consistent with instructions from the Department of Justice Tax Division within seven days of the order.

Respectfully Submitted,

s/ Cynthia Richardson Wyrick
UNITED STATES MAGISTRATE JUDGE