UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-CV-035 |
| | ) | |
| ALAN C. LEE, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This civil action is before the Court on the Report and Recommendation ("R&R") filed by United States Magistrate Judge Cynthia R. Wyrick [doc. 27]. The parties have filed no objections to the R&R, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the record and the pleadings, the Court is in complete agreement with the Magistrate Judge's recommendation that the United States' request for an installment payment order should be granted. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R, pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). It is **ORDERED**, for the reasons stated in the R&R, which the Court adopts and incorporates into its ruling, that the United States' Motion for Entry of an Installment Payment Order [doc. 22] is **GRANTED**. Defendant **SHALL** make regular installment payments of $2,000 per month to the Department of Justice in payment towards the judgment liability in this matter. Moreover, Defendant **SHALL** take the steps necessary

to make these installment payments consistent with instructions from the Department of Justice Tax Division within <u>seven days</u> of this order.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan<br>United States District Judge