UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-CV-35 |
| vs. | ) | |
| ALAN C. LEE, | ) | |
| Defendant | ) | |

**ORDER**

Defendant filed a motion asking for relief from his monthly payment requirements [Doc. 53]. Alternatively, Plaintiff filed a motion [Doc. 54] asking the Court to require Defendant to show cause as to why he should not be held in civil contempt for failure to comply with the installment payment order [Doc. 29] entered in this matter. These matters were referred to the undersigned for determination or report and recommendation [Doc. 59] and a hearing to address these motions will be held before the undersigned on **Thursday, March 3, 2022 at 10:00 a.m.**

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge