# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALAN C. LEE, ) <br> ) <br> Defendant. ) | Case No. 2:16-cv-35-RLJ-CRW |

## NOTICE OF STIPULATION AND JOINT MOTION
## TO EXTEND TIME FOR COURT HEARING

On February 2, 2022, the Court entered an Order setting a hearing on March 3, 2022 at 10:00 a.m. for the pending motions before the Court filed by: (1) the Defendant asking relief from his monthly payment requirements [Doc. 53], and (2) the Plaintiff [Doc. 54] asking the Court to require Defendant to show cause as to why he should not be held in civil contempt for failure to comply with the installment payment order [Doc. 29] entered in this matter (collectively "Motions").

The Parties stipulate that they have been attempting to resolve the pending Motions and need some additional time to complete their meaningful settlement discussions in order to potentially settle these issues without the necessity of the Court's time and involvement. The settlement process would be greatly aided by the Court's extension of time for the hearing on the Motions until March 31, 2022 or whatever date after that which is available for the Court.

| | |
|---|---|
| 02/28/22 | Respectfully submitted, |
| | David A. Hubbert<br>Deputy Assistant Attorney General |

s/      Maria Ruwe
Maria E. Ruwe
Ohio State Bar No. 101114
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 305-4077 (o)
(202) 514-6866 (f)
Maria.E.Ruwe@usdoj.gov

KRISTINA M. PORTNER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044
(202) 514-0451 (o)
(202) 514-6866 (f)
Kristina.M.Portner@usdoj.gov


s/      Alan C. Lee
Alan C. Lee
P. O. Box 1357
Talbott, TN 37877-1357
(423) 736-0201
aleeattorney@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify this 28th day of February 2022 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/   Alan C. Lee
Alan C. Lee