UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:16-CV-35 |
| vs. | ) |
| ALAN C. LEE, | ) |
| Defendant | ) |

**ORDER**

The parties filed a Joint Status Report [Doc. 66] advising that they have been unable to reach an agreement regarding a proposed modification to the monthly payment amount in the Court's installment payment order and requesting a hearing to address the pending Motion for Order to Show Cause for Failure to Comply with Installment Payment Order [Doc. 54] and Motion for Relief from Monthly Payment Requirements [Doc. 53]. Accordingly, a hearing to address these motions will be held before the undersigned on **Thursday, April 21, 2022 at 1:30 p.m.**

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge