IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-35 |
| ALAN C. LEE, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the United States' *Motion to Partially Vacate Order* ("**Motion**"), this Court **ORDERS** that:

1. The United States' Motion is granted.

2. The provision of the order entered by the Court on April 20, 2022 at Dkt. No. 69 ("**April 20, 2022 Order**") requiring Defendant Alan C. Lee ("**Defendant**") to make monthly installment payments of $1,000 is vacated.

3. The provision of the April 20, 2022 Order requiring Defendant to provide a completed Form 433 and other financial documents to the United States on a yearly basis is vacated.

**IT IS SO ORDERED.**

Entered:

UNITED STATES DISTRICT JUDGE